IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01655-WYD-CBS

ALI POURMEMAR,

    Plaintiff,

v.

LOTUS CONCEPTS CORP. d/b/a SUITE 200,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Stipulation For Dismissal [ECF No. 25], filed on September 10, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation For Dismissal [ECF No. 25], filed on September 10, 2013, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  September 13, 2013.

                                      BY THE COURT:

                                      /s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior U.S. District Judge